**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **KIRSTEN A. BACIGALUPO, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | **CIVIL ACTION** |
| **v.** ) | **NO. 25-40065-MRG** |
| ) | |
| **JOHN M. WOZNIAK, et al.** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |
| ) | |

## ORDER

**GUZMAN, D.J.**

In a December 22, 2025 order, the Court ordered Plaintiffs to resolved the filing for this action by either (1) paying the $405 filing fee; or (2) each filing an Application to Proceed in District Court Without Prepaying Fees or Costs. (ECF No. 31 at 2). The court stated that failure to do so within 21 days could result in dismissal of this action.

The time for complying with the December 22, 2025 order has lapsed without any response from Plaintiffs.

Accordingly, this action is DISMISSED without prejudice for failure to pay the filing fee. The request to amend the docket (ECF No. 32) shall be terminated as moot.

**So Ordered.**

       /s/ Margaret R. Guzman
       MARGARET R. GUZMAN
       UNITED STATES DISTRICT JUDGE

Dated: March 16, 2026